September 12, 2008
H.White
scores/anscomplaint

ROGER JON DIAMOND, ESQ.
2115 Main Street
Santa Monica, CA 90405
(310)399-3259
Fax No. 310/392-9029
State Bar No. 40146

Attorney for Defendant Scores

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CALIFORNIA COALITION OF UNDRESSED PERFORMERS; 4 EXOTIC DANCERS; and ALL SIMILARLY SITUATED INDIVIDUALS,<br><br>    Plaintiffs<br><br>vs.<br><br>SPEARMINT RHINO, BARE ELEGANCE CENTURY LOUNGE; CRAZY GIRLS; DEJU VU SHOWGIRLS; FANTASY ISLAND; 4 PLAY; JET STRIP; PLAYPEN; RIO, ROUGE; SAM'S HOF BRAU; SCORES; SEVENTH VEIL; SILVER REIN; STAR STRIP; STAR STRIP TOO; STARZ and the WILD GOOSE,<br><br>    Defendants | CASE NO.  CV 08-04038 ABC (SSx)<br><br>ANSWER TO COMPLAINT |

DEFENDANT SCORES RESPONDS TO THE COMPLAINT AS FOLLOW:

1. Denies

2. Denies

3. Denies.

4. Denies.

5. Denies.

6. Denies.

1

7. Denies.

8. Denies.

9. Denies.

10. Defendant has no knowledge with respect to Defendant Spearmint Rhino.

11. Defendant has no knowledge with respect to Defendant Bare Elegance.

12. Defendant has no knowledge with respect to Century Lounge.

13. Defendant has no knowledge with respect to Defendant Crazy Girls.

14. Defendant has no knowledge with respect to Defendant Deja Vu Showgirls.

15. Defendant has no knowledge with respect to Defendant Fantasy Island.

16. Defendant has no knowledge with respect to Defendant 4 Play.

17. Defendant has no knowledge with respect to Defendant Jet Strip.

18. Defendant has no knowledge with respect to Defendant Playpen.

19. Admits.

20. Defendant has no knowledge with respect to Defendant Rouge.

21. Defendant has no knowledge with respect to Defendant Sam's Hauf Brau.

22. Defendant has no knowledge with respect to Defendant Rio.

2

September 12, 2008
H.White
scores/anscomplaint

23. Defendant has no knowledge with respect to Defendant Seventh Veil.

24. Defendant has no knowledge with respect to Defendant Silver Rein.

25. Defendant has no knowledge with respect to Defendant Star Strip.

26. Defendant has no knowledge with respect to Defendant Star Strip Too.

27. Defendant has no knowledge with respect to Defendant Starz.

28. Defendant has no knowledge with respect to Defendant Wild Goose.

29. Denies.
30. Denies.
31. Denies.
32. Denies.
33. Denies.
34. Denies.
35. Denies.
36. Denies.
37. Denies.
38. Denies.
39. Denies.
40. Denies.
41. Denies.
42. Denies.
43. Denies.

September 12, 2008
H.White
scores/anscomplaint

| | | |
|---|---|---|
| 1 | 44. | Denies. |
| 2 | 45. | Denies. |
| 3 | 46. | Denies. |
| 4 | 47. | Denies. |
| 5 | 48. | Denies. |
| 6 | 49. | Denies. |
| 7 | 50. | Denies. |
| 8 | 51. | Denies. |
| 9 | 52. | Denies. |
| 10 | 53. | Denies. |
| 11 | 54. | Denies. |
| 12 | 55. | Denies. |
| 13 | 56. | Denies. |

### FIRST AFFIRMATIVE DEFENSE

The Defendant had been improperly joined with other Defendants with whom it has no relationship. The action should be dismissed for improper joinder of Defendants.

### SECOND AFFIRMATIVE DEFENSE

Plaintiffs lack standing to sue.

### THIRD AFFIRMATIVE DEFENSE

The alleged Plaintiff, the California Coalition of Undressed Performers, is not a proper Plaintiff. It is neither a dancer nor any other type of employee or independent contractor. It lacks standing to sue.

### FOURTH AFFIRMATIVE DEFENSE

The Plaintiffs named herein as "4 Exotic Dancers" are not proper Plaintiffs. They must sue in the name of a particular

person. Otherwise, these Plaintiffs lack standing to sue.

### FIFTH AFFIRMATIVE DEFENSE

The action should not have been brought as a class action because the named Plaintiffs do not adequately represent the alleged class members. This is not a proper class action.

### SIXTH AFFIRMATIVE DEFENSE

Plaintiff's action is barred by the statute of limitations.

### SEVENTH AFFIRMATIVE DEFENSE

Plaintiffs lacks clean hand.

### EIGHTH AFFIRMATIVE DEFENSE

Plaintiffs are guilty of laches.

### NINTH AFFIRMATIVE DEFENSE

Plaintiffs may not maintain this action as a class action because their attorney, Patrick J. Manshardt, was and is a suspended California attorney and may not practice law during the time of his suspension. For a class action to be properly brought the attorney for the class members must be admitted to practice law in the state where the action is filed. Attorney Patrick J. Manshardt is under suspension and therefore improperly filed this action and improperly had it served.

### TENTH AFFIRMATIVE DEFENSE

The Court lacks jurisdiction.

### ELEVENTH AFFIRMATIVE DEFENSE

During the time Plaintiffs were allegedly employed they earned substantial sums of money and should be compelled to repay that money should they prevail on any claim in this case. It would be unethical for Plaintiffs to retain any money earned while working

September 12, 2008
H.White
scores/anscomplaint

at the club.

WHEREFORE, DEFENDANT PRAYS FOR JUDGMENT AS FOLLOWS:

1. That Plaintiffs be awarded nothing;

2. That Defendant be awarded judgment;

3. That Plaintiffs be forced to pay Defendants their reasonable attorney's fees and other sanctions for filing an improper action;

4. For such other and further relief as the Court deems just and proper.

Respectfully submitted,

s/s_____
ROGER JON DIAMOND
Attorney for Defendant