## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-4038 ABC (SSx) | Date | February 23, 2009 |
|---|---|---|---|
| Title | Four Exotic Dancers v. Spearmint Rhino et al. | | |

| Present: The Honorable | Audrey B. Collins | |
|---|---|---|
| Daphne Alex | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     ORDER TO SHOW CAUSE RE: PLAINTIFFS' FAILURE TO COMPLY WITH JANUARY 29, 2009 MINUTE ORDER (In Chambers)

On January 29, 2009, this Court issued a minute order denying Plaintiffs' motion to proceed using pseudonyms. (Docket # 145). As part of that minute order, the Court also ordered Plaintiffs' counsel–Patrick Manshardt–to familiarize himself with the civil local rules, the general orders regarding electronic filing procedures, and the Orders of this Court regarding motion practice and procedure, and to submit a declaration within ten days declaring that he had done so. (Id. at 1 n.1). The Court made that ruling because Mr. Manshardt has consistently failed to comply with the proper filing procedures in this matter. Given his prior failings, the Court further instructed Mr. Manshardt that any amended complaint must be filed properly. (See id. at 5 n.6).

Mr. Manshardt did not comply with the order requiring him to file the above declaration. Nor does the Court believe that he has reviewed the rules and orders regarding filing procedure. To wit, Mr. Manshardt improperly attempted to file a second amended complaint, which was stricken for failure to comply with the relevant procedures. (See Docket ## 147, 148). Once again, the Court is at a loss as to Mr. Manshardt's failure to comply with this Court's specific instructions and generally applicable rules.

Accordingly, Mr. Manshardt is hereby **ORDERED** to show cause not later than **March 2, 2009**, why he should not be sanctioned for failing to comply with the January 29, 2009 minute order. The Court further **ORDERS** that Mr. Manshardt cannot file an amended complaint in this matter until he has filed the above declaration. Failure to file an amended complaint by **March 4, 2009** will result in dismissal of this case for lack of prosecution.

**IT IS SO ORDERED.**

|  | : |  |
|---|---|---|
| Initials of Preparer | | DA |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-4038 ABC (SSx) | Date | February 23, 2009 |
|----------|----------------------|------|-------------------|

| Title | Four Exotic Dancers v. Spearmint Rhino et al. |
|-------|-----------------------------------------------|